1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar# 237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   YAN EBYAM

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )    Cr.S. 11-276-JAM
                                )
12              Plaintiff,       )    STIPULATION AND ORDER
                                )
13        v.                     )    DATE:  January 17, 2012
                                )    Time:  9:30 a.m.
14 YAN EBYAM, et al.             )    JUDGE: Hon. John A. Mendez
                                )
15              Defendants.      )
                                )
16

17      It is hereby stipulated and agreed to between the United States of

18 America through, SAMUEL WONG, Assistant U.S. Attorney, defendant, YAN

19 EBYAM by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal

20 Defender, DINA SANTOS, attorney for ALBERTO VELEZ, GILBERT ROQUE, attorney

21 for JOEL SANTIAGO-OJEDA, and CLYDE BLACKMAN, attorney for JONATHAN AUSTIN

22 that the status conference set for Tuesday, November 15, 2011, be

23 continued to Tuesday, January 17, 2012, at 9:30 a.m.

24      This case involves approximately 2,000 pages of initial

25 discovery, two search warrants, and four defendants.  Additionally,

26 defendant Yan Ebyam is named as a defendant in two indictments pending

27 before this Court, Case Nos. 2:11-CR-275 JAM and 2:11-CR-276 JAM, which

28 make preparation for his defense even more difficult and time consuming.

1  The reason for this continuance is to allow defense counsel additional

2  time to review discovery with the defendants, to examine possible

3  defenses, and to continue investigating the facts of the case.

4          The parties agree that the requested continuance is necessary to

5  provide defense counsel reasonable time necessary for effective

6  preparation, taking into account the exercise of due diligence.  The

7  parties agree that the Court should find the ends of justice to be served

8  by a continuance outweigh the best interests of the public and the

9  defendants in a speedy trial, and they ask the Court to exclude time

10  within which the trial of this matter must be commenced under the Speedy

11  Trial Act from the date of this stipulation, November 14, 2011, through

12  and including, January 17, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and

13  (B)(iv) and Local Code T4, pertaining to reasonable time for defense

14  preparation.

15  Dated: November 14, 2011

16                                    Respectfully submitted,

17                                    DANIEL J. BRODERICK
                                      Federal Defender
18
                                      /s/ Matthew M. Scoble
19                                    MATTHEW M. SCOBLE
                                      Assistant Federal Defender
20                                    Attorney for YAN EBYAM

21
                                      /s/ Matthew M. Scoble for
22                                    DINA SANTOS
                                      Attorney for ALBERTO VELEZ
23

24                                    /s/ Matthew M. Scoble for
                                      GILBERT ROQUE
25                                    Attorney for Joel Santiago-Ojeda

26
                                      /s/ Matthew M. Scoble for
27                                    CLYDE BLACKMON
                                      Attorney for JONATHAN AUSTIN
28

2

1  Dated: November 14, 2011          BENJAMIN B. WAGNER
                                      United States Attorney

2
                                 By:  /s/ Matthew M. Scoble for
3                                     SAMUEL WONG
                                      Assistant U.S. Attorney
4

5                                  **O R D E R**

6            The Court having received, read, and considered the stipulation

7    of the parties and good cause appearing therefrom, the Court adopts the

8    parties' stipulation as its order in its entirety.  It is ordered that the

9    status conference presently set for November 15, 2011, be continued to

10   **January 17, 2012, at 9:30 a.m.**  The Court hereby finds that the requested

11   continuance is necessary to provide defense counsel reasonable time

12   necessary for effective preparation, taking into account the exercise of

13   due diligence.  The Court finds the ends of justice to be served by

14   granting a continuance outweigh the best interests of the public and the

15   defendants in a speedy trial.

16           It is ordered that time from the date of the parties'

17   stipulation, November 14, 2011, up to and including, the January 17, 2012,

18   status conference shall be excluded from computation of time within which

19   the trial of this matter must be commenced under the Speedy Trial Act

20   pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4 (allow

21   defense counsel reasonable time to prepare).

22           IT IS SO ORDERED.

23

24   Dated: November 14, 2011

25
                                      /s/ John A. Mendez
26                                    HON. JOHN A. MENDEZ
                                      United States District Judge
27

28