```
1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar# 237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   YAN EBYAM
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 11-276-JAM |
| Plaintiff, ) | STIPULATION AND ORDER |
| v. ) | DATE: March 13, 2012 |
| ) | Time: 9:30 a.m. |
| YAN EBYAM, et al. ) | JUDGE: Hon. John A. Mendez |
| Defendants. ) | |
| _____) | |

It is hereby stipulated and agreed to between the United States of America through, SAMUEL WONG, Assistant U.S. Attorney, defendant, YAN EBYAM by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, DINA SANTOS, attorney for ALBERTO VELEZ, GILBERT ROQUE, attorney for JOEL SANTIAGO-OJEDA, and CLYDE BLACKMAN, attorney for JONATHAN AUSTIN that the status conference set for Tuesday, January 17, 2012, be continued to Tuesday, March 13, 2012, at 9:30 a.m.

This case involves approximately 2,000 pages of initial discovery, two search warrants, and four defendants. Additionally, defendant Yan Ebyam is named as a defendant in two indictments pending before this Court, Case Nos. 2:11-CR-275 JAM and 2:11-CR-276 JAM, which make

preparation for his defense even more difficult and time consuming. The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses, and to continue investigating the facts of the case.

The parties agree that the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendants in a speedy trial, and they ask the Court to exclude time within which the trial of this matter must be commenced under the Speedy Trial Act from the date of this stipulation, January 12, 2012, through March 13, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, pertaining to reasonable time for defense preparation.

Dated: January 13, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew M. Scoble
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for YAN EBYAM

/s/ Matthew M. Scoble for
DINA SANTOS
Attorney for ALBERTO VELEZ

/s/ Matthew M. Scoble for
GILBERT ROQUE
Attorney for Joel Santiago-Ojeda

|   |   |
|---|---|
|   | /s/ Matthew M. Scoble for |
|   | CLYDE BLACKMON |
|   | Attorney for JONATHAN AUSTIN |

| Dated: January 13, 2012 | BENJAMIN B. WAGNER |
|---|---|
|   | United States Attorney |
|   |   |
|   | /s/ Matthew M. Scoble for |
|   | SAMUEL WONG |
|   | Assistant U.S. Attorney |

**O R D E R**

The Court having received, read, and considered the stipulation of the parties and good cause appearing therefrom, the Court adopts the parties' stipulation as its order in its entirety. It is ordered that the status conference presently set for January 17, 2012, be continued to March 13, 2012, at 9:30 a.m. The Court hereby finds that the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

It is ordered that time from the date of the parties' stipulation, January 12, 2012, up to and including, the March 13, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4

(allow defense counsel reasonable time to prepare).

IT IS SO ORDERED.

Dated: 1/13/2012                    /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    United States District Court Judge

**4**