1  DINA L. SANTOS, Bar #204200
   A Professional Law Corp.
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   ALBERTO VELEZ
6

7
                IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
   UNITED STATES OF AMERICA,    ) No. CRS 11-276 JAM
12                              )
              Plaintiff,        )
13                              ) STIPULATION AND ORDER TO CONTINUE
       v.                       ) J&S
14                              )
   ALBERTO VELEZ                ) Date: October 16, 2012
15            Defendant.        ) Time: 9:45 a.m.
                                ) Judge: Honorable Judge Mendez
16 _____ )
                                )
17
       **IT IS HEREBY STIPULATED** by and between Assistant United States
18
   Attorney Jason Hitt, Counsel for Plaintiff, and Attorney Dina L.
19
   Santos, Counsel for Defendant Alberto Velez, that the judgement and
20
   sentencing scheduled for September 25, 2012, be vacated and the matter
21
   be continued to this Court's criminal calendar October 16, 2012, at
22
   9:45 a.m, for judgement and sentencing. The Government is following up
23
   on information that will affect the ultimate sentence recommendation.
24
        The Court is advised that all counsel have conferred about this
25
   request, that they have agreed to the October 16, 2012, date, and that
26
   all counsel have  authorized Ms. Santos to sign this stipulation on
27
   their  behalf.
28

**IT IS SO STIPULATED**.

Dated: Sept. 14, 2012     /S/ Dina L. Santos
                          DINA L. SANTOS
                          Attorney for Defendant
                          ALBERTO VELEZ

Dated: Sept. 14, 2012     /S/ Jason Hitt
                          JASON HITT
                          Assistant United States Attorney
                          Attorney for Plaintiff

# O R D E R

**IT IS SO ORDERED.**

By the Court,

Dated: 9/14/2012          /s/ John A. Mendez
                          Hon. John A. Mendez
                          United States District Court Judge