```
 1  CLYDE M. BLACKMON (SBN 36280)
    ROTHSCHILD WISHEK & SANDS LLP
 2  901 F STREET, SUITE 200
    Sacramento, CA  95814
 3  Telephone: (916) 444-9845

 4  Attorneys for Defendant,
    JONATHAN AUSTIN
 5

 6

 7
```

### IN THE UNITED STATES DISTRICT COURT FOR THE

### EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:11-CR-276 JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCE AND REVISING SENTENCING SCHEDULE |
| vs. | |
| JONATHAN AUSTIN, | |
| Defendant. | |

The United States of America, through its counsel Assistant United States Attorney Jason S. Hitt, and defendant Jonathan Austin, through his counsel Clyde M. Blackmon, stipulate that the date for imposition of judgment and sentence upon Mr. Austin be continued to March 26, 2013, and that the sentencing schedule pertaining to the preparation, objections to, and filing of the Presence Report in the matter be revised as follows.

- Judgment and Sentencing date: March 26, 2013 at 9:45 a.m.
- Reply, or Statement of Non-Opposition: March 19, 2013
- Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer

1 | and opposing counsel no later than: March 12, 2013
- The Presentence Report shall be filed with the Court and disclosed to counsel no later than: March 5, 2013
- Counsel's written objections to the Presentence Report shall be delivered the Probation Officer and opposing counsel no later than: February 26, 2013

It is necessary to continue the date for imposition of judgment and sentence and to revise the sentencing schedule because Mr. Blackmon has fallen ill and will not be able to complete his review of the report and timely comply with the previous sentencing schedule in the preparation of his written objections.

United States Probation Officer Lynda M. Moore has been advised of the necessity to continue the sentencing date and revision of the sentencing schedule; she has no objection to the granting of the proposed order.

Therefore, the parties request that the imposition of judgment and sentence in this matter, currently set for March 12, 2013, be continued to 9:45 a.m. on March 26, 2013.

IT IS SO STIPULATED.

DATED: February 12, 2013      By: //s// Clyde M. Blackmon for
                                  JASON HITT
                                  Assistant U.S. Attorney


                                  ROTHSCHILD WISHEK & SANDS LLP

DATED: February 12, 2013      By: _//s// Clyde M. Blackmon___
                                  CLYDE M. BLACKMON
                                  Attorneys for Defendant
                                  JONATHAN AUSTIN

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties the imposition of judgment and sentence in this matter presently scheduled for March 12, 2013, is continued to March 26, 2013, at 9:45 a.m., and the sentencing schedule is revised as follows.

- Judgment and Sentencing date: March 26, 2013 at 9:45 a.m.
- Reply, or Statement of Non-Opposition: March 19, 2013
- Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: March 12, 2013
- The Presentence Report shall be filed with the Court and disclosed to counsel no later than: March 5, 2013
- Counsel's written objections to the Presentence Report shall be delivered the Probation Officer and opposing counsel no later than: February 26, 2013

IT IS SO ORDERED.

Dated:  2/12/2013          /s/ John A. Mendez_____
                           JOHN A. MENDEZ
                           United States District Court Judge