```
 1  CLYDE M. BLACKMON (SBN 36280)
    ROTHSCHILD WISHEK & SANDS LLP
 2  901 F STREET, SUITE 200
    Sacramento, CA  95814
 3  Telephone: (916) 444-9845

 4  Attorneys for Defendant,
    JONATHAN AUSTIN
 5
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:11-CR-276 JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING IMPOSITION OF JUDGMENT AND SENTENCE |
| vs. | |
| JONATHAN AUSTIN, | |
| Defendant. | |

The United States of America, through its counsel Assistant U. S. Attorney Jason Hitt, and Jonathan Austin, through his counsel Clyde M. Blackmon, hereby stipulate that the imposition of judgment and sentence upon Mr. Austin, which is currently scheduled for March 26, 2013, may be continued to April 30, 2013 at 9:45 a.m.

A continuance of the sentencing of Mr. Austin is necessary because, while Mr. Austin's case has been resolved by way of a guilty plea, the charges against other defendants are still pending and information pertaining to the resolution of the charges against those defendants may be helpful to the Court in

fashioning a sentence for Mr. Austin.  Therefore, the parties request that the imposition of judgment and sentence upon Mr. Austin be continued to April 30, 2013 at 9:45 a.m.

IT IS SO STIPULATED.

DATED: March 8, 2013    By: //s// Clyde M. Blackmon for
                            JASON HITT
                            Assistant U.S. Attorney


                            ROTHSCHILD WISHEK & SANDS LLP

DATED: March 8, 2013    By: _//s// Clyde M. Blackmon___
                            CLYDE M. BLACKMON
                            Attorneys for Defendant
                            JONATHAN AUSTIN

**ORDER**

Good cause appearing upon the stipulation of the parties, it is ordered that the imposition of judgment and sentence upon Jonathan Austin now scheduled for March 26, 2013, is continued to 9:45 a.m. on April 30, 2013.

IT IS SO ORDERED.

Dated: 3/11/2013 /s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge